No. 03–8016. TAYLOR v. MCGRATH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–8019. SEVENCAN v. HERBERT, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 03–8026. ANDRADE v. ASHCROFT, ATTORNEY GENERAL. C. A. 5th Cir. Certiorari denied.

No. 03–8027. THOMPSON v. SCRIBNER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–8028. WAINWRIGHT v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 03–8030. MENDOZA v. CALDERON, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–8031. MORGAN v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 03–8032. ROBERSON v. BARNHART, COMMISSIONER OF SOCIAL SECURITY. C. A. 4th Cir. Certiorari denied.

No. 03–8033. TAYLOR v. ALABAMA ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–8034. THORNTON v. OKLAHOMA. C. A. 10th Cir. Certiorari denied.

No. 03–8035. KIMBROUGH v. ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 03–8036. JONES v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 03–8038. DILDAY v. ESTATE OF HACKATHORN ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–8039. HOWARD v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.